# United States Court of Appeals

for the Seventh Circuit
Chicago, Illinois  60604

April 11, 2006

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| COUNTY OF MCHENRY, | ] Appeal from the United |
|            Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 04-4223 | ] |
| | ]  No. 04 C 2078 |
| INSURANCE COMPANY OF THE WEST, | ] |
|            Defendant-Appellee. | ] Matthew F. Kennelly, |
| | ] Judge. |

## O R D E R

The opinion issued in the above-entitled case on February 24, 2006, is hereby amended as follows:

On page 12 , first paragraph, the fourth line from the bottom should now read:

policy required arbitration.  Because we find that ***County...***